UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIEL THORNBERRY,<br><br>                Plaintiff,<br><br>   v.<br><br>Z. AHMED, et al.,<br><br>               Defendants. | Case No.  C 12-6129 YGR (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of today's date granting Defendants' motion for summary judgment, judgment is hereby entered in favor of Defendants Ellis, Ahmed, and Hedden and against Plaintiff.  The parties shall bear their own costs.

IT IS SO ORDERED.

Dated: August 14, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.12\Thornberry6129.jud.docx